FILED: April 10, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4267

(1:12-dm-00020-LMB-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

UNDER SEAL

    Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the district court's initial sealed transmission of documents, the court places under seal in this court the documents so transmitted by the district court.

The parties are advised that all cases in this court are available on the public docket. If sealed information must be included in a document filed on appeal, counsel must file both a sealed, highlighted version of the document using a SEALED entry and a public, redacted version of the document using the

appropriate public entry. Copies of sealed documents included in the appendix must be placed in a separate, sealed volume of the appendix. If counsel wishes to file appellate documents entirely under seal, counsel must file a motion to seal. A redacted version of the motion to seal must be available on the public docket for five days prior to ruling by the court. Any motion to argue the case under seal should be filed only after notice that the case has been scheduled for argument. See [Memorandum on Sealed and Confidential Materials](#) for additional information.

             For the Court--By Direction

             /s/ Patricia S. Connor, Clerk